## Commonwealth ex rel. Lindenmuth, Appellant, *v.* Russell.

 Submitted December 13, 1965. *Nevin E. Lindenmuth,* appellant, in propria persona; *Thomas A. Pitt, Jr.* and *M. Joseph Melody,* Assistant District Attorneys, and *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.